UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONNIE L. MORGAN, JR.**                                    **CIVIL ACTION**

**VERSUS**                                                            **NO. 06-5700**

**MARLIN GUSMAN, ET AL**                              **SECTION "B"(4)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Warden Cornel Hubert's **Motion to Dismiss Defendant Cornel Hubert (Rec. Doc. No. 9)** be **GRANTED in part DISMISSING WITH PREJUDICE** the plaintiff Ronnie L. Morgan, Jr.'s Title 42 U.S.C. § 1983 claims against Warden Cornell Hubert in his official capacity only, and **DENIED in part, without prejudice**, as to the plaintiff's § 1983 claims against Warden Hubert in his individual capacity.

New Orleans, Louisiana, this 16th day of July, 2007.

_____
**UNITED STATES DISTRICT JUDGE**